# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-1125

_____

Dale Allen Lindsey

*Plaintiff - Appellant*

v.

Terry Kneisel, MSOP--Moose Lake Facility Director; Scott Benoit, Office of
Special Investigation Supervisor; Thane Murphy, Office of Special Investigation;
Jordan W. Goodman, Program Manager; Allison M. Immel, BER Staff; Beth
Anderson, Therapist; Phillip Olson, Unit Director, 1C; Scott Giannini, Unit
Director, 1E; Kristi L. Wagner, Unit Director 1B; Sarah Herrick, Therapist 1B

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 23, 2023
Filed: June 29, 2023
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Dale Lindsey appeals the dismissal of his complaint against staff members at
the Minnesota Sex Offender Program for allowing his roommate to assault him.

Having carefully reviewed the record and the parties' arguments on appeal, we conclude that Lindsey has failed to state a claim. *See Prater v. Dahm*, 89 F.3d 538, 540–41 (8th Cir. 1996) (reviewing de novo, explaining that officials must "actually know of a substantial risk" to be liable, and observing that not all threats "impute actual knowledge"); *see also Misischia v. St. John's Mercy Health Sys.*, 457 F.3d 800, 805 (8th Cir. 2006) (holding that a plaintiff can be denied leave to amend his complaint when he does not file a motion or explain what he would change). We accordingly affirm the judgment of the district court.[1] *See* 8th Cir. R. 47B.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.